IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY MCCANTS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 04-257 (KAJ) |
| WAWA, INC., | ) ) ) |
| Defendant. | ) ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendant Wawa, Inc. moves for summary judgment on each of plaintiff's claims and, in support thereof, relies upon and incorporates the attached Memorandum of Law and exhibits.

WHEREFORE, defendant respectfully requests that its motion be granted, that the Complaint be dismissed with prejudice in its entirety, and that an Order, in the form attached hereto, be entered.

Dated: March 30, 2005

_____
Sean McDevitt (DSB#2894)
Pepper Hamilton LLP
1313 Market Street, Suite 1600
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

Susan K. Lessack
Stephanie A. Bilenker
PEPPER HAMILTON LLP
Pepper Hamilton LLP
400 Berwyn Park
899 Cassatt Road
Berwyn, PA 19312-1183
(610) 640-7800