IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY MCCANTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-257 (KAJ) |
| | ) | |
| WAWA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of defendant's Motion for Summary Judgment, plaintiff's Response thereto and defendant's reply, it is hereby ORDERED that said motion is GRANTED and that plaintiff's claims are DISMISSED in their entirety with prejudice.

BY THE COURT:

_____
U.S. DISTRICT COURT JUDGE