IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEFFREY MCCANTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-257 (KAJ) |
| | ) | |
| WAWA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**EXHIBITS IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Description |
|---|---|
| 1 | Deposition of Jeffrey McCants, November 1, 2004 |
| 2 | Deposition of John Poplawski, December 14, 2004 |
| 3 | Matrix of Store 840 Interview Process |
| 4 | Deposition of Joseph Gallagher, November 23, 2004 |
| 5 | Written Warning Provided to McCants on Compliance to Required Schedule |
| 6 | McCants' Time Cards from April-May 2002 |
| 7 | Gallagher's Agenda of March 18, 2002 Meeting with McCants |
| 8 | April 15, 2002 E-mail from Gallagher to McCants |
| 9 | April 17, 2002 E-mail from Gail Skocik to Gallagher |
| 10 | April 24, 2002 E-mail from Gail Skocik to McCants |
| 11 | Written Complaints about McCants from Store 811 Associates |
| 12 | Gallagher's Notes of May 22, 2002 Meeting with McCants |
| 13 | Cited Unreported Opinions |