# EXHIBIT 3

Scale of 1-5; 5-being the "Best" score.

## Store 840 Interview Process

| | 10/5/2001 | | | |
|---|---|---|---|---|
| | | | | |
| Knowledge of Gasoline Operations | 5 | 0 | 4 | 2 |
| Experience with Volume | 5 | 4 | 2 | 3 |
| Overall Experience | 5 | 5 | 2 | 4 |
| Ability to Manage Diversity | 3 | 3 | 3 | 2 |
| Ability to succeed in challenging environments | 5 | 3 | 2 | 3 |
| Ability to grow sales | 5 | 4 | 2 | 4 |
| Ability to manage the controllable | 5 | 5 | 2 | 5 |
| Ability to build a strong team | 3 | 4 | 4 | 2 |
| Overall "Scope" | 5 | 4 | 2 | 3 |
| Work Ethic | 5 | 5 | 3 | 4 |
| Current performance | 5 | 5 | 2 | 4 |
| Intangibles | 5 | 3 | 3 | 4 |
| Interview Polish | 3 | 2 | 5 | 3 |
| Believability | 5 | 4 | 2 | 4 |
| | 64 | 51 | 38 | 47 |