# EXHIBIT 5

# Wawa

To: Jeff McCants
    Manager #811
Re: Compliance to Required Schedule

Jeff, it has been documented that you have not been fulfilling the obligation of Store Manager of #811 by working the amount of hours per week that Wawa Inc. has set forth for all there Managers. It has been stated to you on many occasions that Wawa Inc. requires you to work 46.75 hours per week, in the weeks listed below it shows that you have failed to do so.

| Week-Ending | Expectation | Actual Hrs. from Payroll Dept. | Variance |
|---|---|---|---|
| 1/6/2002 | 46.75 | 42.42 | < 4.33 > |
| 1/13/2002 | 46.75 | 31.50 | < 15.25> |
| 1/20/2002 | 46.75 | 41.07 | < 5.68 > |
| 1/27/2002 | 46.75 | 39.25 | < 7.50 > |
| 2/3/2002 | 46.75 | 33.43 | < 13.32 > |
| 2/10/2002 | 46.75 | 30.49 | < 16.26 > |
| 2/17/2002 | 46.75 | 34.90 | < 11.85 > |
| 2/24/2002 | 46.75 | 38.57 | < 8.18 > |
| Total Variance | | | < 82.37 > |

Jeff, this compliance of required time is unacceptable. Again, through conversations with John Poplawski at your evaluation, Manager Meetings and conversations with your Supervisor it has been clearly stated what Wawa Inc. expectations are. Any further violation of the scheduled 46.75 hours per week will result in immediate termination. Please sign and date below.

Thank You,

Joe Gallagher _____

Jim Shortall _____

Jeff McCants _____