# EXHIBIT 6

Flag Descriptions

2 - Punch records have been edited
4 - The Employee was not scheduled
5 - The Employee punched in early
6 - The Employee punched in late
7 - The Employee punched out early
8 - The Employee punched out late
9 - The Employee didn't punch out
A - The Employee didn't punch in
B - The Employ
C - The Employ
D - The Employ
E - The Employ

164486594

| Sales Date | Event Time | Event Type | Scheduled Time | Flags | Pay Position | Work Time | Unpaid Break Time | Paid Brea |
|---|---|---|---|---|---|---|---|---|
| 04/10/2002 | 03:00:00PM | CLOCK In | | 2 | ST-03 | | | |
| | 09:58:24PM | CLOCK Out | | | ST-03 | 6.97 | | |
| Daily Totals: | | | | | | 6.97 | 0.00 | 0. |
| Employee Totals: | | | | | | 6.97 | 0.00 | 0. |

Signature: ______________________________



Flag Descriptions

: - Punch records have been edited
- The Employee was not scheduled
; - The Employee punched in early
; - The Employee punched in late
7 - The Employee punched out early
8 - The Employee punched out late
9 - The Employee didn't punch out
A - The Employee didn't punch in
B - The Employ
C - The Employ
D - The Employ
E - The Employ

.75561442 MCCANTS , JEFFREY W

| ;ales Date | Event Time | Event Type | Scheduled Time | Flags | Pay Position | Work Time | Unpaid Break Time | Paid Brea |
|---|---|---|---|---|---|---|---|---|
| ·4/08/2002 | 05:04:32AM | CLOCK In | | | ST-03 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 06:00:00AM CLOCK Out | 2 | ST-03 | 0.93 | | | |
| aily Totals: | | | 0.93 | 0.00 | 0. |
| 4/09/2002 06:04:52AM CLOCK In | | ST-03 | | | |
| 02:12:48PM CLOCK Out | | ST-03 | 8.13 | | |
| aily Totals: | | | 8.13 | 0.00 | 0. |
| 4/10/2002 06:12:44AM CLOCK In | | ST-03 | | | |
| 02:30:00PM CLOCK Out | 2 | ST-03 | 8.29 | | |
| aily Totals: | | | 8.29 | 0.00 | 0. |
| 4/11/2002 06:06:57AM CLOCK In | | ST-03 | | | |
| 02:45:00PM CLOCK Out | 2 | ST-03 | 8.64 | | |
| aily Totals: | | | 8.64 | 0.00 | 0. |
| 4/12/2002 04:15:23AM CLOCK In | | ST-03 | | | |
| 04:00:00PM CLOCK Out | 2 | ST-03 | 11.75 | | |
| aily Totals: | | | 11.75 | 0.00 | 0. |
| 4/13/2002 06:25:19AM CLOCK In | | ST-03 | | | |
| 07:25:00AM CLOCK Out | 2 | ST-03 | 0.99 | | |



| | | | | | |
|---|---|---|---|---|---|
| Daily Totals: | | | 0.99 | 0.00 | 0. |
| 04/14/2002 10:35:43AM CLOCK In | | ST-03 | | | |
| 11:00:00AM CLOCK Out | 2 | ST-03 | 0.41 | | |
| Daily Totals: | | | 0.41 | 0.00 | 0. |
| Employee Totals: | | | 39.14 | 0.00 | 0. |

Signature: ______________________________

| Employee Totals: | | | | | | | 27.49 | 0.00 | 0. |
|---|---|---|---|---|---|---|---|---|---|

Signature: ______________________________



Flag Descriptions

2 - Punch records have been edited
4 - The Employee was not scheduled
5 - The Employee punched in early
5 - The Employee punched in late
7 - The Employee punched out early
8 - The Employee punched out late
9 - The Employee didn't punch out
A - The Employee didn't punch in
B - The Employ
C - The Employ
D - The Employ
E - The Employ

167587774 HUYARD, C

| Sales Date | Event Time | Event Type | Scheduled Time | Flags | Pay Position | Work Time | Unpaid Break Time | Paid Brea |
|---|---|---|---|---|---|---|---|---|
| 05/10/2002 | 11:41:07PM | CLOCK In | | | ST-04 | | | |
| | 12:00:00AM | System Out | | | ST-04 | 0.32 | | |
| Daily Totals: | | | | | | 0.32 | 0.00 | 0. |
| 05/11/2002 | 12:00:00AM | System In | | | ST-04 | | | |
| | 07:28:13AM | CLOCK Out | | | ST-04 | 7.47 | | |
| Daily Totals: | | | | | | 7.47 | 0.00 | 0. |
| Employee Totals: | | | | | | 7.79 | 0.00 | 0. |

Signature: ______________________________



Flag Descriptions

2 - Punch records have been edited
4 - The Employee was not scheduled
5 - The Employee punched in early
5 - The Employee punched in late
7 - The Employee punched out early
8 - The Employee punched out late
9 - The Employee didn't punch out
A - The Employee didn't punch in
B - The Employ
C - The Employ
D - The Employ
E - The Employ

175561442 MCCANTS , JEFFREY W

| Sales Date | Event Time | Event Type | Scheduled Time | Flags | Pay Position | Work Time | Unpaid Break Time | Paid Brea |
|---|---|---|---|---|---|---|---|---|
| 05/06/2002 | 06:00:35AM | CLOCK In | | | ST-03 | | | |

```
           03:35:01PM CLOCK Out                            ST-03    9.58
                                                                  ---------- ---------- ----
aily Totals:                                                        9.58       0.00      0.

5/07/2002 06:04:05AM CLOCK In                              ST-03
          03:00:00PM CLOCK Out              2              ST-03    8.94
                                                                  ---------- ---------- ----
aily Totals:                                                        8.94       0.00      0.

5/08/2002 06:04:03AM CLOCK In                              ST-03
          03:00:00PM CLOCK Out              2              ST-03    8.94
                                                                  ---------- ---------- ----
aily Totals:                                                        8.94       0.00      0.

5/09/2002 06:05:53AM CLOCK In                              ST-03
          02:10:00PM CLOCK Out              2              ST-03    8.07
                                                                  ---------- ---------- ----
aily Totals:                                                        8.07       0.00      0.

5/10/2002 02:27:00AM CLOCK In               2              ST-03
          10:15:00AM System Out             2              ST-03    7.80
                                                                  ---------- ---------- ----
aily Totals:                                                        7.80       0.00      0.

5/11/2002 12:01:00PM System In              2              ST-03
          03:00:00PM CLOCK Out              2              ST-03    2.99
```



```
                                                                  ---------- ---------- ----
Daily Totals:                                                       2.99       0.00      0.

)5/12/2002 07:16:19PM CLOCK In                             ST-03
           08:22:02PM CLOCK Out                            ST-03    1.09
                                                                  ---------- ---------- ----
Daily Totals:                                                       1.09       0.00      0.
                                                                  ========== ========== ====
Employee Totals:                                                   47.41       0.00      0.


Signature: ______________________________
------------------------------------------------------------------------------------------------
```

| | 03:10:54PM | CLOCK Out | | | ST-04 | 9.15 | | |
|---|---|---|---|---|---|---|---|---|
| Daily Totals: | | | | | | 9.15 | 0.00 | 0. |
| 04/20/2002 | 06:01:34AM | CLOCK In | | | ST-04 | | | |
| | 03:25:04PM | CLOCK Out | | | ST-04 | 9.39 | | |
| Daily Totals: | | | | | | 9.39 | 0.00 | 0. |
| 04/21/2002 | 06:03:52AM | CLOCK In | | | ST-04 | | | |
| | 03:16:46PM | CLOCK Out | | | ST-04 | 9.21 | | |
| Daily Totals: | | | | | | 9.21 | 0.00 | 0. |
| Employee Totals: | | | | | | 27.75 | 0.00 | 0. |

Signature: ______________________________



Flag Descriptions

2 - Punch records have been edited
4 - The Employee was not scheduled
5 - The Employee punched in early
6 - The Employee punched in late
7 - The Employee punched out early
8 - The Employee punched out late
9 - The Employee didn't punch out
A - The Employee didn't punch in
B - The Employ
C - The Employ
D - The Employ
E - The Employ

175561442 MCCANTS , JEFFREY W

| Sales Date | Event Time | Event Type | Scheduled Time | Flags | Pay Position | Work Time | Unpaid Break Time | Paid Brea |
|---|---|---|---|---|---|---|---|---|
| 04/15/2002 | 06:11:57AM | CLOCK In | | | ST-03 | | | |
| | 06:00:00PM | CLOCK Out | | 2 | ST-03 | 11.81 | | |
| Daily Totals: | | | | | | 11.81 | 0.00 | 0. |
| 04/16/2002 | 06:00:00AM | CLOCK In | | 2 | ST-14 | | | |
| | 03:00:00PM | CLOCK Out | | 2 | ST-14 | 9.00 | | |
| Daily Totals: | | | | | | 9.00 | 0.00 | 0. |
| 04/17/2002 | 06:06:55AM | CLOCK In | | | ST-03 | | | |
| | 03:45:00PM | CLOCK Out | | 2 | ST-03 | 9.64 | | |
| Daily Totals: | | | | | | 9.64 | 0.00 | 0. |
| 04/18/2002 | 06:03:39AM | CLOCK In | | | ST-03 | | | |
| | 03:00:00PM | CLOCK Out | | 2 | ST-03 | 8.94 | | |
| Daily Totals: | | | | | | 8.94 | 0.00 | 0. |
| 04/19/2002 | 06:10:36AM | CLOCK In | | 2 | ST-03 | | | |
| | 02:03:01PM | CLOCK Out | | | ST-03 | 7.88 | | |
| Daily Totals: | | | | | | 7.88 | 0.00 | 0. |

| | | | |
|---|---|---|---|
| | ========== | ========== | ==== |
| mployee Totals: | 47.27 | 0.00 | 0. |

ignature: ______________________________



Flag Descriptions

2 - Punch records have been edited
4 - The Employee was not scheduled
5 - The Employee punched in early
6 - The Employee punched in late
7 - The Employee punched out early
8 - The Employee punched out late
9 - The Employee didn't punch out
A - The Employee didn't punch in
B - The Employ
C - The Employ
D - The Employ
E - The Employ

202643584 LEVY , JEFF W

| Sales Date | Event Time | Event Type | Scheduled Time | Flags | Pay Position | Work Time | Unpaid Break Time | Paid Brea |
|---|---|---|---|---|---|---|---|---|
| 04/16/2002 | 08:52:11AM | CLOCK In | | | ST-04 | | | |
| | 12:08:13PM | CLOCK Out | | | ST-04 | 3.27 | | |
| Daily Totals: | | | | | | 3.27 | 0.00 | 0. |
| 04/18/2002 | 08:59:09AM | CLOCK In | | | ST-04 | | | |
| | 12:03:24PM | CLOCK Out | | | ST-04 | 3.07 | | |
| Daily Totals: | | | | | | 3.07 | 0.00 | 0. |
| Employee Totals: | | | | | | 6.34 | 0.00 | 0. |

Signature: ______________________________

| | Event Time | Event Type | | | Pay Position | Work Time | Unpaid Break Time | Paid Brea |
|---|---|---|---|---|---|---|---|---|
| | 06:53:04PM | CLOCK Out | | | ST-08 | 1.96 | | |
| Daily Totals: | | | | | | 1.96 | 0.00 | 0. |
| Employee Totals: | | | | | | 1.96 | 0.00 | 0. |

Signature: ______________________________



Flag Descriptions

2 - Punch records have been edited
4 - The Employee was not scheduled
5 - The Employee punched in early
6 - The Employee punched in late
7 - The Employee punched out early
8 - The Employee punched out late
9 - The Employee didn't punch out
A - The Employee didn't punch in
B - The Employ
C - The Employ
D - The Employ
E - The Employ

175561442 MCCANTS , JEFFREY W

| Sales Date | Event Time | Event Type | Scheduled Time | Flags | Pay Position | Work Time | Unpaid Break Time | Paid Brea |
|---|---|---|---|---|---|---|---|---|
| 04/22/2002 | 06:01:48AM | CLOCK In | | | ST-03 | | | |
| | 08:53:38PM | CLOCK Out | | | ST-03 | 14.86 | | |
| Daily Totals: | | | | | | 14.86 | 0.00 | 0. |
| 04/23/2002 | 06:03:52AM | CLOCK In | | | ST-03 | | | |
| | 10:30:00AM | CLOCK Out | | 2 | ST-03 | 4.44 | | |
| Daily Totals: | | | | | | 4.44 | 0.00 | 0. |
| 04/24/2002 | 06:00:49AM | CLOCK In | | | ST-03 | | | |
| | 03:15:00PM | CLOCK Out | | 2 | ST-03 | 9.24 | | |
| Daily Totals: | | | | | | 9.24 | 0.00 | 0. |
| 04/25/2002 | 06:00:00AM | CLOCK In | | 2 | ST-03 | | | |
| | 03:00:00PM | CLOCK Out | | 2 | ST-03 | 9.00 | | |
| Daily Totals: | | | | | | 9.00 | 0.00 | 0. |
| 04/26/2002 | 06:05:26AM | CLOCK In | | | ST-03 | | | |
| | 03:00:00PM | CLOCK Out | | 2 | ST-03 | 8.91 | | |
| | 10:24:59PM | CLOCK In | | | ST-03 | | | |
| | 10:43:29PM | CLOCK Out | | | ST-03 | 0.31 | | |
| Daily Totals: | | | | | | 9.22 | 0.00 | 0. |
| 04/27/2002 | 07:14:21AM | CLOCK In | | | ST-03 | | | |

| | | | | | ST-03 | 1.27 | | |
|---|---|---|---|---|---|---|---|---|
| | 08:30:00AM | CLOCK Out | | 2 | | | | |
| aily Totals: | | | | | | 1.27 | 0.00 | 0. |
| mployee Totals: | | | | | | 48.03 | 0.00 | 0. |

ignature: ______________________________



Flag Descriptions

2 - Punch records have been edited
4 - The Employee was not scheduled
5 - The Employee punched in early
5 - The Employee punched in late
7 - The Employee punched out early
8 - The Employee punched out late
9 - The Employee didn't punch out
A - The Employee didn't punch in
B - The Employ
C - The Employ
D - The Employ
E - The Employ

198669623 WILLIAMS, K

| Sales Date | Event Time | Event Type | Scheduled Time | Flags | Pay Position | Work Time | Unpaid Break Time | Paid Brea |
|---|---|---|---|---|---|---|---|---|
| 04/22/2002 | 04:59:36PM | CLOCK In | | | ST-08 | | | |
| | 06:59:01PM | CLOCK Out | | | ST-08 | 1.99 | | |
| Daily Totals: | | | | | | 1.99 | 0.00 | 0. |
| Employee Totals: | | | | | | 1.99 | 0.00 | 0. |

Signature: ______________________________

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 08:00:00PM | CLOCK Out | | 2 | ST-15 | 3.00 | | |
| | | | | | | ---------- | ---------- | ---- |
| )aily Totals: | | | | | | 3.00 | 0.00 | 0. |
| )5/17/2002 | 05:56:17AM | CLOCK In | | | ST-04 | | | |
| | 03:10:06PM | CLOCK Out | | | ST-04 | 9.23 | | |
| | | | | | | ---------- | ---------- | ---- |
| )aily Totals: | | | | | | 9.23 | 0.00 | 0. |
| )5/18/2002 | 06:03:23AM | CLOCK In | | | ST-04 | | | |
| | 03:04:59PM | CLOCK Out | | | ST-04 | 9.03 | | |
| | | | | | | ---------- | ---------- | ---- |
| )aily Totals: | | | | | | 9.03 | 0.00 | 0. |
| )5/19/2002 | 06:06:02AM | CLOCK In | | | ST-04 | | | |
| | 03:15:51PM | CLOCK Out | | | ST-04 | 9.16 | | |
| | | | | | | ---------- | ---------- | ---- |
| )aily Totals: | | | | | | 9.16 | 0.00 | 0. |
| | | | | | | ========== | ========== | ==== |
| :mployee Totals: | | | | | | 30.42 | 0.00 | 0. |

;ignature: ______________________________



Flag Descriptions

| | | |
|---|---|---|
| ? - Punch records have been edited | 7 - The Employee punched out early | B - The Employ |
| l - The Employee was not scheduled | 8 - The Employee punched out late | C - The Employ |
| ; - The Employee punched in early | 9 - The Employee didn't punch out | D - The Employ |
| ; - The Employee punched in late | A - The Employee didn't punch in | E - The Employ |

l75561442 MCCANTS , JEFFREY W

| ;ales )ate | Event Time | Event Type | Scheduled Time | Flags | Pay Position | Work Time | Unpaid Break Time | Paid Brea |
|---|---|---|---|---|---|---|---|---|
| )5/13/2002 | 07:00:00AM | CLOCK In | | 2 | ST-14 | | | |
| | 08:30:00PM | CLOCK Out | | 2 | ST-14 | 13.50 | | |
| | | | | | | ---------- | ---------- | ---- |
| )aily Totals: | | | | | | 13.50 | 0.00 | 0. |
| )5/14/2002 | 01:00:00PM | CLOCK In | | 2 | ST-03 | | | |
| | 03:30:00PM | CLOCK Out | | 2 | ST-03 | 2.50 | | |
| | | | | | | ---------- | ---------- | ---- |
| )aily Totals: | | | | | | 2.50 | 0.00 | 0. |
| )5/15/2002 | 06:10:18AM | CLOCK In | | | ST-03 | | | |
| | 03:15:00PM | CLOCK Out | | 2 | ST-03 | 9.08 | | |
| | | | | | | ---------- | ---------- | ---- |
| )aily Totals: | | | | | | 9.08 | 0.00 | 0. |
| )5/16/2002 | 06:00:00AM | CLOCK In | | 2 | ST-03 | | | |
| | 03:00:00PM | CLOCK Out | | 2 | ST-03 | 9.00 | | |
| | | | | | | ---------- | ---------- | ---- |
| )aily Totals: | | | | | | 9.00 | 0.00 | 0. |
| )5/17/2002 | 06:08:27AM | CLOCK In | | | ST-03 | | | |
| | 03:20:00PM | CLOCK Out | | 2 | ST-03 | 9.19 | | |
| | | | | | | ---------- | ---------- | ---- |
| )aily Totals: | | | | | | 9.19 | 0.00 | 0. |
| )5/18/2002 | 07:15:00AM | CLOCK In | | 2 | ST-03 | | | |
| | 12:13:37PM | CLOCK Out | | | ST-03 | 4.97 | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| aily Totals: | | | | | | | 4.97 | 0.00 | 0. |
| mployee Totals: | | | | | | | 48.24 | 0.00 | 0. |

ignature: ________________________________



Flag Descriptions

: - Punch records have been edited
: - The Employee was not scheduled
; - The Employee punched in early
; - The Employee punched in late
7 - The Employee punched out early
8 - The Employee punched out late
9 - The Employee didn't punch out
A - The Employee didn't punch in
B - The Employ
C - The Employ
D - The Employ
E - The Employ

:02643584 LEVY , JEFF W

| ;ales )ate | Event Time | Event Type | Scheduled Time | Flags | Pay Position | Work Time | Unpaid Break Time | Paid Brea |
|---|---|---|---|---|---|---|---|---|
| )5/13/2002 | 09:16:25AM | CLOCK In | | | ST-04 | | | |
| | 11:59:31AM | CLOCK Out | | | ST-04 | 2.72 | | |
| )aily Totals: | | | | | | 2.72 | 0.00 | 0. |
| )5/14/2002 | 08:50:49AM | CLOCK In | | | ST-04 | | | |
| | 12:04:18PM | CLOCK Out | | | ST-04 | 3.23 | | |
| )aily Totals: | | | | | | 3.23 | 0.00 | 0. |
| )5/16/2002 | 08:48:08AM | CLOCK In | | | ST-04 | | | |
| | 11:57:16AM | CLOCK Out | | | ST-04 | 3.15 | | |
| )aily Totals: | | | | | | 3.15 | 0.00 | 0. |