# EXHIBIT 7

Store # *211*   Manager: *Jeff McCants.*   Date: *3/18/02*

# Quality Time: YOUR TIME......

### Ground Rules:
### *No Interruptions...*

## Hour 1

Review Store Reports:
- Weekly shrink snapshot ✓
- Labor Scheduler ✓
- P & L ✓
- Security One reports ✓
- ?? Other reports necessary ✓

Review Personnel ✓

Review WBS reports.
- Operational Excellence ✓
- Safety ✓
- Food Service ✓

Review FSSA grades.
- Review plan to ensure compliance ✓
- Who is responsible? ✓

Misc. Items:

*— Team Building*
*— Morale*

*Jeff → Gas Store*
*— Give other tasks*

*— Diversity →*

## Hour 2

**Your Time:** Whatever you need to discuss or what to talk about.

*— Talk to Mike R. about 2-Wall units (3' + 4')*

W - 00064
A-62