# EXHIBIT 8

**Gallagher, Joe F. (Field)**

| | |
|---|---|
| From: | Gallagher, Joe F. (Field) [/o=Wawa/ou=HQ/cn=Recipients/cn=gallagherj] on behalf of Gallagher, Joe F. (Field) |
| Sent: | Monday, April 15, 2002 10:46 AM |
| To: | Mccants, Jeffrey W. (Stores) |
| Subject: | Heads up... |

Hi Jeff,

I told you I would always keep you informed. Lately I have been in your store and you have mentioned to me that you thought the morale is getting better and things are going well. I got to tell you, I am not getting that impression from speaking to your help. I think you need some intervention. Remember, perception is reality. Most don't believe things are getting better, I can't tell you who, but reliable sources. I believe that there are 2 issues, my guess. One, that you are not pulling your workload, you know out there on the front lines, not just looking pretty, and two holding people in the store accountable for their work, or lack of it.

So, that's the scoop, some are talking about leaving, and I'm not so sure the ones I talked to are the ones you want leaving. Hope this helps. You are the only one that can turn this around. They need to feel your presence, to change it around. Good Luck..

Joe

---

- ATTENDED STORE MEETINGS.

- RE SET STORE WITH YOU. HAD DISCUSSIONS THAT NIGHT ABOUT STAFF & SUPPORT.

- PIZZA PARTY.

- INVENTORY LOSS - CAME AND WENT THROUGH YOU PAPER WORK. (YOU SHOULD HAVE DONE)

GOT GAIL TO COME AND HELP YOU OUT.
  - MISSED THE DATES.

RE-ALIGNED HE DEE- NEW REGISTER FOR YOU.

1

W - 00195
A-63