# EXHIBIT 10

**Stief, Michael W. (Field)**

| | |
|---|---|
| From: | Skocik, Gail D. (Field) |
| Sent: | Wednesday, April 24, 2002 12:03 PM |
| To: | Mccants, Jeffrey W. (Stores) |
| Cc: | Gallagher, Joe F. (Field); Stief, Michael W. (Field); Jones, Lisa K.; Tirella, David B.; Van Sant, Donna (Field) |
| Subject: | AAS |

Hello Jeff,

I would like to come and spend a day in your store, sometime during the week of May 6th. There is a program called an Adopt-A-Store program that I have recommended to Joe, and discussed with my supervisors. Basically what it is, is a series of questions and fact findings that we go through to find areas that you and your store need support and training in.

If you could send me a date that would be most convenient to you, and also a date for the following week that I will come back into the store and do a follow - up on, I would appreciate.

If there are any questions, please send me a message and I will get back to you.

*Life is good so...*
*HAVE A GOODY,*

*Gail D. Skocik*
**Inventory Auditor**
Internal Audit

W - 00172

A-65

1