# EXHIBIT 11

May 27, 2002

    The first thing Jeff did upon coming to store 811 was to delegate all of the responsibilities that our previous managers did themselves to someone else.
   cold box, bunzel order, dairy order, the schedule, etc.
    When Chrissy left, Jeff had to do the schedule and he gave himself the weekends off and no matter what the situation was it was a very rare occurrence to find him in the store on Saturday and never on Sunday.
    Jeff, put a brand new employee on midnight in the deli by himself even after I told him that this employee needed a whole lot more training and was not prepared to handle the task.
    If Jeff were doing the T&C order he would not stop to take a customers order no matter what I was doing. One day he was filling the coffee area (another rare day) a line formed at the register instead of going to the register himself he looked over at the deli to see what Amy, (who was making customers' sandwiches) and me (I was making sizzli) were doing and gestured for one of us to get the line. Neither Amy nor myself had a drawer on but he did.
    Jeff would call you to the office any time of the day for a conference with him with no regard as to what we still had to get done. He would sometimes help in the deli during lunch but he has never come to help us get caught up even when it was his fault. One time we had a number of 2 fts to get out and he made them for us.
    Jeff got in a little after 6am most mornings, said good morning and into the office he went. We didn't see him until 6:40 or after even though we are very busy that time of the morning. One morning we were extremely busy and Robin buzzed him and he wasn't a happy camper. I don't know what was said but I know there were words between them because he called Robin into the office, (leaving me alone in the deli to do coffee, sizzli and take care of the customers) and when she came out she had given her 2 week notice.
    Jeff spent a good bit of time out of the store for one reason or another and the time he was there most of it was spent in the office. He would run the register for a little while in the morning, but never made sure we were all right in the deli before pulling someone to take his place and we wouldn't see him on the floor until almost 11am or after. Most of our regulars thought we no longer had a manager. Sometimes his customer service wasn't what it could be and his actions made me think that three to the core only went for the rest of us and that he was exempt.
    He had an arrogant way of talking to you sometimes and thought he was always right unless he was asking you something. And he might change up on you, first he would say one thing and then say something else. And God forbid don't tell anybody.
    Jeff said he wanted a gas store but I was under the impression that he wanted everyone else to do all the work. He did do paper work in the office but very little hands on. I have really wondered if he knew what he was doing. I came in the store on Saturday 5/18 at 7am to find two people working the store, one on the register, the other, trying to keep up with coffee and customers. There was no one to make sizzli.
    He also had a small woman training to do the cold box in case of Sharon's absence, in my opinion so he wouldn't have to. The training program that we are supposed to be

implementing is a joke. New employees are in the deli alone after two or threes days ready or not. Jeff did not handle in store problems very well, we went from the #2 store to not even in the top 5 just since the first of the year.

Since Jeff's arrival at 811 or should I say shortly thereafter morale at the store has been very low, (people were quitting or talking about quitting including myself), and has done a miraculous 360 since his departure on last Wednesday.

I have had a lot of jobs in my working career and in my 5-½ years at Wawa, Jeff is on top for bad bosses.

Sharon Young

To sum it all up, Jeff did not know what he was doing! I think he was concentrating to hard on getting out of the store, then the actual store. He came and went as he pleased or let me say saw fit. When he was at the store it was all about the paperwork, no worries if we were prepared for the day (morning and lunch rushes). We had daily lecture sessions, when he chose to have them it would not be at a suitable time. Scheduling with him was the pits, we never had enough coverage. If he had to work weekends he would make sure someone else was working other than himself.

Everything boiled down to him wanting that desk job, that he didn't even see that the store was falling apart. He is a fair and just person outside of Wawa, but as far as inside as long as everyone else did the work he was happy. Then the complaining started, he couldn't make anyone in the store happy, so store moral went

out the window. He didn't care as long as the money was there. Employees left and right came to me wanting out of the store. So I put my foot forward and to control over situations that he didn't want to handle. Such as Moral, Store Conditions, Orders, and vendors. All became part of my daily ritual.

Write ups are important to have, yes, but to use it as a threatening force also ~~took~~ made store moral bad. Ok, he did have positive reinforcement and he did train me on new things, but it became my job. I like my work but not to much that I cannot handle. It became worse when you can or could tell that he didn't care. We had a bad audit and he went to classes, a store manager would have been in the store morning, noon, and night to take of the problems. "Personal life" was his famous saying, but there is a fine line between Customer Service Leader ~~and~~ and Manager, which gives one a life not the other.

*Sharon Ryan*

W - 00189
A-69

When I had transferred to 811 I was very excited to come heare... until I realized the morele in the store was bad and no one seemed to really care. Too many complaints about Jeff. - never being heare, can't get ahold of him if you needed too - not avaibale on sundays or weekends percoid - When he was heare they could not count on him to help out... (Hearsay comments) well it was I was mazed that a manager of a very busy store was never heare and as time went on I actually, as did other employee's, think of Chrissy the assistant as the boss. She was always available, worked all shifts, and pretty much kept the store in control (my opinion). When it came time for me to go on vacation in April Jeff was not happy because I did not tell him. Well I cleared my vacation with Chrissy who was always heare and at the time. In charge. Unfortunatley when

W - 00190
A-70

(2)

I returned expecting to recieve my vacation pay & my time was not submitted. When I question Jeff about it he said he was sorry it slipped his mind.

Coming from 801 and working under 2 different managers there, I was surprised at the difference in management style and amount of time spent in the store "it did not exist" I really became disturbed working hear after Chrissy left everyone was at everyone.

One time in the early morning hour Jeff had questioned me about why wasn't the cold box filled, I explained I did not get to it for whatever reason he pulled me off the floor to fill the box while only 2 people were on the floor. and he was in the office.

As my time went on hear I realized that Jeff could not be bothered in the morning when in fact he should of been on the sales floor with us, because we were

W - 00191
A-71

always struggling to service our customers the way they expected. I felt frustrated at times that our manager would be here and knowing we were struggling would not help us out.

His time in was 6 AM or so and you did not see him until just a few before 7 am.

Just a few weeks ago, the beginning of May we were really busy it was me, Bill and Sharon Y. I was taking care of 3 cust. in the deli at the time, Sharon was trying to keep up with sizzli & coffee and Bill was major backed up at the register. I finished with my cust. ran to back him up & and I buzzed for Jeff 6:45 a.m. to please come help. When he came from the office he walked thru 2 long lines of customers at the register and went to the deli asking Sharon if she buzzed — he then came to me and asked if I buzzed for him I told him yes

W - 00192
A-72

(4)

I was hoping you'd get another till and help us out — he moved me aside and went on my register I then went to Bills — When the lines were down he took me to the office asking me "what happened out there"? stupid question in my opinion! I was very agitated and he knew it he told me that when he works he does not stop the whole day I guess what he meant was he day did not begin until 7am when first shift began. The conversation was heated and yes I was mad I just could not believe that a store manager would think that it was okay that 3 employee's in the coffee rush time could handle everything.

    I gave notice that morning to leave telling him June 3rd was my last day that I had another job.
    I gave him no real reason for my leaving except it was time and that I had

W - 00193
A-73

found another job during my vacation. He said nothing to try and persude my decesion ~~such I found unusual the story~~ not to leave nor did he really ask why.

I did tell him I thought coming to 811 from 801 was a good move but in truth it turned out to be not soo good. I thought perhaps with the store being a little less busier than 801 I could get some training. But Jeff in truth never showed me anything. He really did not even know where I would of liked to go in the company, nor did he even really get to know me somewhat on a personal basis.

Thanks
Robin Blanton
# 811