LAW OFFICES

# ABER, GOLDLUST, BAKER & OVER

(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER, P.C.
JOANNE A. SHALLCROSS**
SHAUNA T. HAGAN

(302) 472-4900
TELECOPIER (302) 472-4920

April 19, 2005

*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN PENNSYLVANIA

The Honorable Kent A. Jordan
United States District Court
844 N. King Street
Wilmington, DE 19899

    RE:    McCants v. Wawa
           C.A. No.: 04-257 (KAJ)

Dear Judge Jordan:

    I write to report to the Court that the above-captioned matter has been settled between the parties. Accordingly, no answering brief will be filed by the plaintiff, in response to defendant's motion for summary judgment.

    It is our hope and expectation that the appropriate papers can be filed in the next couple of weeks, to finalize this settlement by way of stipulation of dismissal. If you have any questions, please feel free to contact me.

                                        Respectfully,

                                        Gary W. Aber

GWA/mac