IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY MCCANTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-257 (KAJ) |
| | ) |
| WAWA, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

It is hereby **STIPULATED AND AGREED** by the undersigned counsel that the above-listed case is hereby dismissed with prejudice as to defendant, Wawa, Inc.

_____          _____
Gary W. Aber, Esq.                                   Sean McDevitt (DSB#2894)
Aber, Goldlust, Baker & Over                 Pepper Hamilton LLP
702 King Street, Suite 600                      1313 Market Street, Suite 1600
P.O. Box 1675                                          P.O. Box 1709
Wilmington, DE 19899                           Wilmington, DE 19899-1709
(302) 472-4900                                        (302) 777-6500

Attorney for Plaintiff Jeffrey McCants        Susan K. Lessack
                                                                    Stephanie A. Bilenker
Date: MAY 10, 2005                               Pepper Hamilton LLP
                                                                    400 Berwyn Park
                                                                    899 Cassatt Road
                                                                    Berwyn, PA 19312-1183
                                                                    (610) 640-7800

Attorneys for Defendant Wawa, Inc.

Date: May 24, 2005

APPROVED BY THE COURT:_____

Date:_____

**EXHIBIT "A"**